IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Sara E. Knupp

                  Debtor

: Bankruptcy No.
:
: Chapter 7
:

Movant

    Sara E. Knupp

: Related to Document No. 1

v.

No Respondent

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __J. Allen Roth__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: _/s/ J. Allen Roth_
Signature
J. Allen Roth
Typed Name
805 S Alexandria St
Latrobe, PA 15650
Address
724-537-0939 Fax:724-537-5872
Phone No.
30347 PA
List Bar I.D. and State of Admission

Capital One
Box 71087
Charlotte, NC  28272

Citi Cards
PO Box 70166
Philadelphia, PA  19176

Home Depot Credit Services
Box 70600
Philadelphia, PA  19176

Discover
Box 30943
Salt Lake City, UT 84130-0943

JC Penney/Synchrony Bank
Box 965005
Orlando, FL  32896

Lesco Federal Credit Union
2613 Ligonier Street
Latrobe PA  15650

M&T Bank
PO Box 1258
Buffalo, NY  14240

Paypal
Box 105658
Atlanta, GA  30348

Pheple FCU
Otterman Street
Greensburg PA  15601