Capital One
Box 71087
Charlotte, NC  28272

Citi Cards
PO Box 70166
Philadelphia, PA  19176

Home Depot Credit Services
Box 70600
Philadelphia, PA  19176

Discover
Box 30943
Salt Lake City, UT 84130-0943

JC Penney/Synchrony Bank
Box 965005
Orlando, FL  32896

Lesco Federal Credit Union
2613 Ligonier Street
Latrobe PA  15650

M&T Bank
PO Box 1258
Buffalo, NY  14240

Paypal
Box 105658
Atlanta, GA  30348

Pheple FCU
Otterman Street
Greensburg PA  15601