IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 23-70029 JAD |
| ) | |
| SARA KNUPP, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ------------------------------------------------- ) | |
| SARA KNUPP, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC BONONI, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| PRA RECEIVABLES MANAGEMENT LLC, ) | |
| CAPITAL ONE, CITI CARDS, DISCOVER ) | |
| FINANCIAL SERVICES LLC, JC PENNEY/ ) | |
| SYNCHRONY BANK, LESCO FEDERAL ) | |
| CREDIT UNION, PAYPAL, HOME DEPOT ) | |
| CREDIT SERVICES, M&T BANK, PHEPLE ) | |
| FCU, ) | |
| Respondents. ) | |

**ORDER GRANTING EXTENSION OF TIME TO COMPLETE BANKRUPTCY FILING**

AND NOW, this ___ day of February, 2023, upon consideration of the Motion for Extension of Time to complete the Bankruptcy Filing, it is hereby ORDERED, ADJUDGED, and DECREED that the Debtor shall file the remaining documents no later than February 24, 2023.

By the Court:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge