IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 23-70029 JAD |
| ) | |
| SARA KNUPP, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ------------------------------------------------- ) | |
| SARA KNUPP, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC BONONI, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| PRA RECEIVABLES MANAGEMENT LLC, ) | |
| CAPITAL ONE, CITI CARDS, DISCOVER ) | |
| FINANCIAL SERVICES LLC, JC PENNEY/ ) | |
| SYNCHRONY BANK, LESCO FEDERAL ) | |
| CREDIT UNION, PAYPAL, HOME DEPOT ) | |
| CREDIT SERVICES, M&T BANK, PHEPLE ) | |
| FCU, ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I, J. Allen Roth, certify that I mailed a true copy of the foregoing to the following parties on this 12th day of February, 2023, by First Class Mail postage prepaid by placing the same into the United States Mail box except for the parties who appeared or are listed as receiving electronic notification:

Capital One
Box 71087
Charlotte, NC  28272

Citi Cards
PO Box 70166
Philadelphia, PA  19176

Home Depot Credit Services
Box 70600
Philadelphia, PA  19176

Discover
Box 30943
Salt Lake City, UT 84130-0943

JC Penney/Synchrony Bank
Box 965005
Orlando, FL  32896

Lesco Federal Credit Union
2613 Ligonier Street
Latrobe PA  15650

M&T Bank
PO Box 1258
Buffalo, NY  14240

Paypal
Box 105658
Atlanta, GA  30348

Pheple FCU
Otterman Street
Greensburg PA  15601

Eric Bononi
20 N Pennsylvania Ave.
Greensburg PA  15601


*/s/ J. Allen Roth*