IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 23-70029 JAD |
| ) | |
| SARA KNUPP, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| --------------------------------------------------- ) | |
| SARA KNUPP, ) | |
| ) | |
| Movant, ) | |
| ) | Related to Doc. #9 |
| v. ) | |
| ) | |
| ERIC BONONI, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| PRA RECEIVABLES MANAGEMENT LLC, ) | |
| CAPITAL ONE, CITI CARDS, DISCOVER ) | |
| FINANCIAL SERVICES LLC, JC PENNEY/ ) | |
| SYNCHRONY BANK, LESCO FEDERAL ) | |
| CREDIT UNION, PAYPAL, HOME DEPOT ) | |
| CREDIT SERVICES, M&T BANK, PHEPLE ) | |
| FCU, ) | |
| Respondents. ) | |

**ORDER GRANTING EXTENSION OF TIME TO COMPLETE BANKRUPTCY FILING**

AND NOW, this  13th  day of February, 2023, upon consideration of the Motion for Extension of Time to complete the Bankruptcy Filing, it is hereby ORDERED, ADJUDGED, and DECREED that the Debtor shall file the remaining documents no later than February 24, 2023.

By the Court:

_____ sjk
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/13/23 7:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70029-JAD |
| Sara E Knupp | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sara E Knupp, 215 N Brady Street, Blairsville, PA 15717-1005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 15, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| J. Allen Roth | on behalf of Debtor Sara E Knupp jallenroth@recap.email  federal@jarothlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 3