IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: SARA KNUPP | : | Bankruptcy No. |
| | : | |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| Movant | : | |
| | : | Related to Document No. 1 |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

__xx__  Voluntary Petition - *Specify reason for amendment*:  New form effective 12/2022 per directive.

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
        Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
        Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: 2/26/2023

/s/ J Allen Roth Esq
Attorney for Debtor(s) [or *pro se* Debtor(s)]

J Allen Roth
(Typed Name)

805 S Alexander St   Latrobe PA  15650
(Address)

724-537-0939
(Phone No.)

30347 PA
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.