# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000030051  1 |

Page  1(Con't  Next  Page)

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Period Beginning: 01/01/2023
Period Ending: 01/14/2023
Pay Date: 01/20/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SARA KNUPP
215 NORTH BRADY STREET
BLAIRSVILLE PA 15717

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 75.43 | 1,433.17 | 2,534.22 |
| Overtime | 28.5000 | 2.75 | 78.38 | 150.49 |
| Holiday | 19.0000 | 8.00 | 152.00 | 304.00 |
| Vacation | | | | 152.00 |
| **Gross Pay** | | | **$1,663.55** | 3,140.71 |

Your federal taxable wages this period are $1,629.12

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 78.18 | |

### Important Notes
COMPANY PH#:(724) 694-8833

BASIS OF PAY: HOURLY

EFFECTIVE THIS PAY PERIOD YOUR NAME HAS BEEN CHANGED.

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -142.95 | 263.76 |
| Social Security Tax | -102.04 | 192.52 |
| Medicare Tax | -23.86 | 45.02 |
| PA State Income Tax | -50.52 | 95.32 |
| Blairsville Income Tax | -20.57 | 38.81 |
| Derry T Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.17 | 2.20 |

**Other**

| | | |
|---|---|---|
| Den Pre Tax | -11.96* | 23.92 |
| Vis Pre Tax | -5.83* | 11.66 |
| 401k | -16.64* | 31.41 |
| **Net Pay** | **$1,286.01** | |
| CHECKING | -1,286.01 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| SUN 01/01 | HOLIDAY | | | | 8.00 |
| MON 01/02 | 7:31PM | 11:02PM | 11:17PM | 3:06AM | |
| TUE 01/03 | 3:24AM | 6:14AM | | | 9.90 |
| TUE 01/03 | 9:14PM | 12:48AM | 12:53AM | 4:30AM | |
| WED 01/04 | 4:45AM | 6:16AM | | | 8.27 |
| WED 01/04 | 7:56PM | 11:02PM | 11:23PM | 3:31AM | |
| THU 01/05 | 3:41AM | 5:38AM | | | 9.52 |
| THU 01/05 | 8:12PM | 10:59PM | 11:14PM | 3:07AM | |
| FRI 01/06 | 3:40AM | 4:35AM | | | 7.75 |
| SUN 01/08 | 9:41PM | 11:20PM | 11:42PM | 3:00AM | |
| MON 01/09 | 3:36AM | 6:10AM | | | 7.69 |
| MON 01/09 | 9:29PM | 11:17PM | 11:32PM | 3:17AM | |
| TUE 01/10 | 3:40AM | 6:15AM | | | 7.94 |
| TUE 01/10 | 9:30PM | 11:18PM | 11:31PM | 3:08AM | |

© 2000 ADP Inc.

---

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Advice number: 00000030051
Pay date: 01/20/2023

Deposited to the account of
SARA KNUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4610 | xxxx xxxx | $1,286.01 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000030051 | 1 |

Page  2

KEYSTONE  FOAM  CORPORATION
5358  STATE  ROUTE  982
DERRY,  PA  15627-2702

# Earnings Statement

ADP

Period Beginning:   01/01/2023
Period Ending:      01/14/2023
Pay Date:           01/20/2023

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   1
  PA:        N/A

SARA  KNUPP
215  NORTH  BRADY  STREET
BLAIRSVILLE  PA  15717

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| WED 01/11 | 3:40AM | 6:02AM | | | 7.91 |
| WED 01/11 | 8:55PM | 11:07PM | 11:17PM | 6:17AM | 9.08 |
| THU 01/12 | 7:44PM | 11:30PM | 11:48PM | 6:08AM | 10.14 |

© 2000 ADP, Inc.

**CONTINUED   FROM   PRIOR   PAGE**
**YOUR   VOUCHER   IS   PROVIDED   ON   PAGE   1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000010054 | 1 |

## Earnings Statement
**ADP**

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Period Beginning: 12/18/2022
Period Ending: 12/31/2022
Pay Date: 01/06/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SARA ELIZABETH KNUPP
215 NORTH BRADY STREET
BLAIRSVILLE PA 15717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 57.95 | 1,101.05 | 1,101.05 |
| Overtime | 28.5000 | 2.53 | 72.11 | 72.11 |
| Holiday | 19.0000 | 8.00 | 152.00 | 152.00 |
| Vacation | 19.0000 | 8.00 | 152.00 | 152.00 |
| **Gross Pay** | | | **$1,477.16** | 1,477.16 |

Your federal taxable wages this period are $1,444.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 60.48 | |

**Important Notes**
COMPANY PH#:(724) 694-8833

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.81 | 120.81 |
| | Social Security Tax | -90.48 | 90.48 |
| | Medicare Tax | -21.16 | 21.16 |
| | PA State Income Tax | -44.80 | 44.80 |
| | Blairsville Income Tax | -18.24 | 18.24 |
| | Derry T Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -1.03 | 1.03 |
| | **Other** | | |
| | Den Pre Tax | -11.96* | 11.96 |
| | Vis Pre Tax | -5.83* | 5.83 |
| | 401k | -14.77* | 14.77 |
| | **Adjustment** | | |
| | Other | +113.39 | |
| | **Net Pay** | **$1,259.47** | |
| | CHECKING | -1,259.47 | |
| | **Net Check** | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| SUN | 12/18 | 7:51PM | 10:44PM | 10:54PM | 3:14AM | |
| MON | 12/19 | 3:56AM | 5:20AM | | | 8.63 |
| MON | 12/19 | 8:50PM | 11:45PM | 12:06AM | 2:49AM | |
| TUE | 12/20 | 3:37AM | 6:22AM | | | 8.18 |
| TUE | 12/20 | 9:05PM | 3:02AM | 3:43AM | 6:13AM | 8.23 |
| WED | 12/21 | 8:38PM | 11:24PM | 12:03AM | 3:14AM | |
| THU | 12/22 | 4:00AM | 6:17AM | | | 7.95 |
| THU | 12/22 | 8:07PM | 11:58PM | 12:10AM | 5:41AM | 9.53 |
| SUN | 12/25 | HOLIDAY | | | | 8.00 |
| MON | 12/26 | 8:49PM | 12:33AM | 12:46AM | 4:48AM | |
| TUE | 12/27 | 5:25AM | 6:13AM | | | 8.51 |
| TUE | 12/27 | 8:15PM | 1:16AM | 1:24AM | 5:41AM | 9.44 |
| THU | 12/29 | VACATION | | | | 8.00 |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Advice number: 00000010054
Pay date: 01/06/2023

Deposited to the account of
SARA ELIZABETH KNUPP

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4610 | xxxx xxxx | $1,259.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000510049 1 |

## Earnings Statement

**ADP**

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Period Beginning:   12/04/2022
Period Ending:      12/17/2022
Pay Date:           12/23/2022

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    1
    PA:         N/A

SARA ELIZABETH KNUPP
215 NORTH BRADY STREET
BLAIRSVILLE PA 15717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 69.07 | 1,312.33 | 29,043.94 |
| Bonus | | | 1,200.00 | 2,400.00 |
| Overtime | | | | 8,491.27 |
| Holiday | | | | 900.00 |
| SICK | | | | 608.00 |
| Vacation | | | | 2,116.00 |
| 3rd Shift D | | | | 6,885.18 |
| 3ShftDiffOT | | | | 1,841.40 |
| **Gross Pay** | | | **$2,512.33** | 52,285.79 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,469.42

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 69.07 | |

**Important Notes**
COMPANY PH#:(724) 694-8833

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -301.50 | 5,363.93 |
| | Social Security Tax | -154.66 | 3,214.05 |
| | Medicare Tax | -36.17 | 751.67 |
| | PA State Income Tax | -76.58 | 1,591.50 |
| | Blairsville Income Tax | -31.18 | 647.99 |
| | Derry T Local Svc Tax | -2.00 | 52.00 |
| | PA SUI Tax | -1.51 | 31.37 |
| | **Other** | | |
| | Den Pre Tax | -11.96* | 297.48 |
| | Vis Pre Tax | -5.83* | 148.74 |
| | 401k | -25.12* | 522.87 |
| **Net Pay** | | **$1,865.82** | |
| CHECKING | | -1,865.82 | |
| **Net Check** | | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| SUN | 12/04 | 8:05PM | 11:04PM | 11:22PM | 3:24AM | |
| MON | 12/05 | 4:05AM | 4:32AM | | | 7.63 |
| MON | 12/05 | 7:59PM | 11:01PM | 11:23PM | 3:05AM | |
| TUE | 12/06 | 3:15AM | 6:05AM | | | 9.32 |
| TUE | 12/06 | 8:11PM | 11:06PM | 11:22PM | 3:17AM | |
| WED | 12/07 | 3:51AM | 6:04AM | | | 9.15 |
| WED | 12/07 | 8:36PM | 11:05PM | | | 2.48 |
| THU | 12/08 | 7:10PM | 10:56PM | 11:07PM | 3:08AM | |
| FRI | 12/09 | 4:02AM | 4:27AM | | | 8.03 |
| SUN | 12/11 | 9:17PM | 12:51AM | 1:04AM | 5:54AM | 8.57 |
| MON | 12/12 | 8:15PM | 11:33PM | 11:46PM | 2:56AM | |
| TUE | 12/13 | 3:28AM | 6:07AM | | | 9.16 |
| TUE | 12/13 | 8:52PM | 11:53PM | 12:05AM | 3:10AM | 6.27 |
| THU | 12/15 | 9:33PM | 6:22AM | | | 8.45 |

© 2000 ADP, Inc.

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Advice number:   00000510049
Pay date:        12/23/2022

Deposited to the account of
SARA ELIZABETH KNUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4610 | xxxx xxxx | $1,865.82 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000490046  1 |

# Earnings Statement

ADP

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Period Beginning: 11/20/2022
Period Ending: 12/03/2022
Pay Date: 12/09/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SARA ELIZABETH KNUPP
215 NORTH BRADY STREET
BLAIRSVILLE PA 15717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 45.27 | 860.13 | 27,731.61 |
| Holiday | 19.0000 | 8.00 | 152.00 | 900.00 |
| SICK | 19.0000 | 32.00 | 608.00 | 608.00 |
| Vacation | 19.0000 | 8.00 | 152.00 | 2,116.00 |
| Overtime | | | | 8,491.27 |
| Bonus | | | | 1,200.00 |
| 3rd Shift D | | | | 6,885.18 |
| 3ShftDiffOT | | | | 1,841.40 |
| **Gross Pay** | | | **$1,772.13** | 49,773.46 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,736.62

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 77.27 | |

**Important Notes**
COMPANY PH#:(724) 694-8833

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -160.57 | 5,062.43 |
| | Social Security Tax | -108.77 | 3,059.39 |
| | Medicare Tax | -25.43 | 715.50 |
| | PA State Income Tax | -53.86 | 1,514.92 |
| | Blairsville Income Tax | -21.93 | 616.81 |
| | Derry T Local Svc Tax | -2.00 | 50.00 |
| | PA SUI Tax | -1.06 | 29.86 |
| | **Other** | | |
| | Den Pre Tax | -11.96* | 285.52 |
| | Vis Pre Tax | -5.83* | 142.91 |
| | 401k | -17.72* | 497.75 |
| **Net Pay** | | **$1,363.00** | |
| CHECKING | | -1,363.00 | |
| **Net Check** | | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| SUN | 11/20 | 8:14PM | 11:06PM | 11:26PM | 3:01AM | |
| MON | 11/21 | 3:16AM | 6:12AM | | | 9.30 |
| MON | 11/21 | 7:46PM | 11:06PM | 11:23PM | 3:20AM | |
| TUE | 11/22 | 3:50AM | 6:04AM | | | 9.62 |
| TUE | 11/22 | 7:07PM | 11:22PM | 11:44PM | 3:15AM | |
| WED | 11/23 | 3:49AM | 6:22AM | | | 9.73 |
| WED | 11/23 | 7:17PM | 10:35PM | | | 3.08 |
| WED | 11/23 | HOLIDAY | | | | 8.00 |
| WED | 11/23 | 10:52PM | 1:15AM | | | 2.55 |
| SUN | 11/27 | VACATION | | | | 8.00 |
| MON | 11/28 | 6:14PM | 8:30PM | 8:35PM | 11:00PM | |
| MON | 11/28 | 11:19PM | 2:54AM | 3:32AM | 6:20AM | 10.99 |
| TUE | 11/29 | SICK | | | | 8.00 |
| WED | 11/30 | SICK | | | | 8.00 |
| THU | 12/01 | SICK | | | | 8.00 |
| FRI | 12/02 | SICK | | | | 8.00 |

© 2000 ADP, Inc.

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Advice number: 00000490046
Pay date: 12/09/2022



Deposited to the account of
SARA ELIZABETH KNUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4610 | xxxx xxxx | $1,363.00 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| XLX | 000344 | 000100 | | 00000470051  1 |

Page   1(Con't  Next  Page)

KEYSTONE  FOAM  CORPORATION
5358  STATE  ROUTE  982
DERRY,  PA  15627-2702

# Earnings Statement 

Period Beginning: 11/06/2022
Period Ending: 11/19/2022
Pay Date: 11/25/2022

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   1
  PA:        N/A

SARA  ELIZABETH  KNUPP
215  NORTH  BRADY  STREET
BLAIRSVILLE  PA  15717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1,520.00 | 26,871.48 |
| Overtime | 28.5000 | 20.60 | 587.10 | 8,491.27 |
| Bonus | | | | 1,200.00 |
| Holiday | | | | 748.00 |
| Vacation | | | | 1,964.00 |
| 3rd Shift D | | | | 6,885.18 |
| 3ShftDiffOT | | | | 1,841.40 |
| **Gross Pay** | | | **$2,107.10** | 48,001.33 |

Your federal taxable wages this period are $2,068.24

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 100.60 | |

**Important Notes**
COMPANY  PH#:(724)  694-8833

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -213.24 | 4,901.86 |
| | Social Security Tax | -129.53 | 2,950.62 |
| | Medicare Tax | -30.30 | 690.07 |
| | PA State Income Tax | -64.14 | 1,461.06 |
| | Blairsville Income Tax | -26.12 | 594.88 |
| | Derry T Local Svc Tax | -2.00 | 48.00 |
| | PA SUI Tax | -1.26 | 28.80 |
| | Other | | |
| | Den Pre Tax | -11.96* | 273.56 |
| | Vis Pre Tax | -5.83* | 137.08 |
| | 401k | -21.07* | 480.03 |
| | **Net Pay** | **$1,601.65** | |
| | CHECKING | -1,601.65 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| SAT | 11/05 | 11:16PM | 2:21AM | | | 4.08 |
| SUN | 11/06 | 8:34PM | 11:13PM | 11:23PM | 3:02AM | |
| MON | 11/07 | 3:41AM | 6:10AM | | | 8.95 |
| TUE | 11/08 | 1:00AM | 10:37AM | | | 9.62 |
| TUE | 11/08 | 11:13PM | 3:00AM | 3:37AM | 6:35AM | |
| WED | 11/09 | 6:46AM | 8:49AM | | | 8.97 |
| WED | 11/09 | 9:26PM | 11:06PM | 11:18PM | 3:04AM | |
| THU | 11/10 | 3:39AM | 6:10AM | | | 7.95 |
| THU | 11/10 | 8:22PM | 11:18PM | 11:32PM | 3:05AM | |
| FRI | 11/11 | 3:36AM | 6:02AM | | | 9.05 |
| SUN | 11/13 | 8:24PM | 11:00PM | 11:17PM | 3:08AM | |
| MON | 11/14 | 3:38AM | 6:04AM | | | 9.05 |
| MON | 11/14 | 9:39PM | 11:02PM | 11:15PM | 2:58AM | |
| TUE | 11/15 | 3:33AM | 6:17AM | | | 7.71 |
| TUE | 11/15 | 9:09PM | 11:11PM | 11:28PM | 3:06AM | |
| WED | 11/16 | 3:46AM | 6:25AM | | | 8.06 |
| WED | 11/16 | 9:31PM | 11:24PM | 11:41PM | 3:02AM | |
| THU | 11/17 | 3:39AM | 6:22AM | | | 7.75 |

© 2000 ADP, Inc.

KEYSTONE  FOAM  CORPORATION
5358  STATE  ROUTE  982
DERRY,  PA  15627-2702

Advice number:  00000470051
Pay date:  11/25/2022

Deposited  to the account  of
SARA  ELIZABETH  KNUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4610 | XXXX  XXXX | $1,601.65 |



# NON-NEGOTIABLE

| CO | FILE | DEPT. | CLOCK | VCHR | |
|---|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000470051 | 1 |

Page  2

**Earnings Statement** 

KEYSTONE  FOAM  CORPORATION
5358  STATE  ROUTE  982
DERRY,  PA  15627-2702

Period Beginning:  11/06/2022
Period Ending:     11/19/2022
Pay Date:          11/25/2022

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

SARA  ELIZABETH  KNUPP
215  NORTH  BRADY  STREET
BLAIRSVILLE  PA  15717

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| THU | 11/17 | 8:00PM | 11:11PM | 11:23PM | 2:47AM | |
| FRI | 11/18 | 3:17AM | 6:12AM | | | 9.47 |
| FRI | 11/18 | 7:33PM | 9:20PM | 9:38PM | 11:57PM | |
| SAT | 11/19 | 12:10AM | 2:58AM | 3:21AM | 6:10AM | 9.93 |

© 2000 ADP, Inc.

CONTINUED   FROM  PRIOR  PAGE
YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| XLX | 000344 | 000100 | 0000450045 | 1 | |

Page 1(Con't Next Page)

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

## Earnings Statement 

Period Beginning: 10/23/2022
Period Ending: 11/05/2022
Pay Date: 11/10/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

SARA ELIZABETH KNUPP
215 NORTH BRADY STREET
BLAIRSVILLE PA 15717

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1,520.00 | 25,351.48 |
| Overtime | 28.5000 | 30.50 | 869.25 | 7,904.17 |
| Bonus | | | | 1,200.00 |
| Holiday | | | | 748.00 |
| Vacation | | | | 1,964.00 |
| 3rd Shift D | | | | 6,885.18 |
| 3ShftDiffOT | | | | 1,841.40 |
| **Gross Pay** | | | **$2,389.25** | 45,894.23 |

Your federal taxable wages this period are $2,347.57

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 110.50 | |

**Important Notes**
COMPANY PH#:(724) 694-8833

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -274.69 | 4,688.62 |
| | Social Security Tax | -147.03 | 2,821.09 |
| | Medicare Tax | -34.39 | 659.77 |
| | PA State Income Tax | -72.80 | 1,396.92 |
| | Blairsville Income Tax | -29.64 | 568.76 |
| | Derry T Local Svc Tax | -2.00 | 46.00 |
| | PA SUI Tax | -1.44 | 27.54 |
| | **Other** | | |
| | Den Pre Tax | -11.96* | 261.60 |
| | Vis Pre Tax | -5.83* | 131.25 |
| | 401k | -23.89* | 458.96 |
| **Net Pay** | | **$1,785.58** | |
| CHECKING | | -1,785.58 | |
| **Net Check** | | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| SUN | 10/23 | 7:32PM | 11:12PM | 11:33PM | 3:02AM | |
| MON | 10/24 | 3:39AM | 6:35AM | | | 9.70 |
| MON | 10/24 | 7:23PM | 11:07PM | 11:27PM | 3:08AM | |
| TUE | 10/25 | 3:43AM | 6:18AM | 6:14PM | 8:17PM | |
| TUE | 10/25 | 8:28PM | 10:56PM | 11:13PM | 3:10AM | |
| WED | 10/26 | 3:24AM | 6:10AM | | | 20.88 |
| WED | 10/26 | 8:07PM | 11:12PM | 11:33PM | 3:02AM | |
| THU | 10/27 | 3:15AM | 6:10AM | | | 9.20 |
| THU | 10/27 | 7:42PM | 11:09PM | 11:27PM | 2:58AM | |
| FRI | 10/28 | 3:33AM | 5:35AM | | | 9.16 |
| FRI | 10/28 | 8:35PM | 11:03PM | 11:13PM | 2:45AM | |
| SAT | 10/29 | 3:12AM | 5:26AM | | | 8.57 |
| SUN | 10/30 | 8:09PM | 11:05PM | 11:23PM | 3:07AM | |
| MON | 10/31 | 3:43AM | 6:05AM | | | 9.20 |
| MON | 10/31 | 7:37PM | 11:13PM | 11:30PM | 3:09AM | |
| TUE | 11/01 | 3:37AM | 6:22AM | | | 9.77 |
| TUE | 11/01 | 7:26PM | 11:07PM | 11:24PM | 3:09AM | |
| WED | 11/02 | 3:36AM | 6:25AM | | | 9.89 |

* Excluded from federal taxable wages

©2000 ADP, Inc.

KEYSTONE FOAM CORPORATION
5358 STATE ROUTE 982
DERRY, PA 15627-2702

Advice number: 00000450045
Pay date: 11/10/2022

Deposited to the account of
SARA ELIZABETH KNUPP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4610 | xxxx xxxx | $1,785.58 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| XLX | 000344 | 000100 | | 0000450045 | 1 |

Page  2

KEYSTONE  FOAM  CORPORATION
5358 STATE  ROUTE  982
DERRY,  PA  15627-2702

# Earnings Statement 

Period Beginning:   10/23/2022
Period Ending:      11/05/2022
Pay Date:           11/10/2022

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

SARA  ELIZABETH  KNUPP
215  NORTH  BRADY  STREET
BLAIRSVILLE  PA  15717

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| WED | 11/02 | 9:36PM | 11:07PM | 11:20PM | 3:21AM | |
| THU | 11/03 | 3:56AM | 6:15AM | | | 7.77 |
| THU | 11/03 | 8:55PM | 11:01PM | 11:17PM | 3:11AM | |
| FRI | 11/04 | 3:50AM | 6:06AM | | | 8.34 |
| FRI | 11/04 | 8:52PM | 11:06PM | 11:16PM | 2:21AM | |
| SAT | 11/05 | 2:50AM | 5:13AM | | | 8.03 |

© 2000 ADP, Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**