IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    SARA ELIZABETH KNUPP | : | Bankruptcy No.    23-70029 |
| | : | |
| Debtor | : | |
| | : | Chapter   7 |
| | : | |
| Movant | : | |
| | : | Related to Document No.   1 |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

__xx__  Voluntary Petition - *Specify reason for amendment*:   Corrected item 17 to reflect no distribution

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____  Summary of Schedules
_____  Schedule A - Real Property
_____  Schedule B - Personal Property
_____  Schedule C - Property Claimed as Exempt
_____  Schedule D - Creditors holding Secured Claims
       Check one:
       _____  Creditor(s) added
       _____  NO creditor(s) added
       _____  Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
       _____  Creditor(s) added
       _____  NO creditor(s) added
       _____  Creditor(s) deleted
_____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
       _____  Creditor(s) added
       _____  NO creditor(s) added
       _____  Creditor(s) deleted
_____  Schedule G - Executory Contracts and Unexpired Leases
       Check one:
       _____  Creditor(s) added
       _____  NO creditor(s) added
       _____  Creditor(s) deleted
_____  Schedule H - Codebtors
_____  Schedule I - Current Income of Individual Debtor(s)
_____  Schedule J - Current Expenditures of Individual Debtor(s)
_____  Statement of Financial Affairs
_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor
_____  Other: _____

**PAWB Local Form 6  (07/13)**                                                                                               Page 1 of 2

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Dated: Feb 27 2023

_____/s/ J Allen Roth Esq_____
Attorney for Debtor(s) [or *pro se* Debtor(s)]

___J Allen Roth_____
(Typed Name)

___805 S Alexander St   Latrobe PA  15650_____
(Address)

___724-537-0939_____
(Phone No.)

___30347 PA_____
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.