# Notice Recipients

District/Off: 0315−7          User: admin          Date Created: 05/30/2023
Case: 23−70029−JAD          Form ID: 144          Total: 4

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr           Eric E. Bononi          bankruptcy@bononilaw.com
aty          J. Allen Roth          jallenroth@recap.email

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Sara Elizabeth Knupp          215 N Brady Street          Blairsville, PA 15717

TOTAL: 1